**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**JOHNNY MARTINEZ MEDINA,**<br>**Defendant.** | **MEMORANDUM DECISION AND ORDER**<br>**Case No. 2:24-CR-359-DAK**<br>**Judge Dale A. Kimball** |

This matter is before the court on Defendant's Motion for Bureau of Prisons Progress Update on Competency Restoration [ECF No. 50]. On April 30, 2026, the court granted the parties' stipulated motion pursuant to 18 U.S.C. § 4241(d), finding Defendant not competent to proceed to trial and ordering him into the custody of the BOP for competency restoration efforts. Because four months have passed since the date of that Order, Defendant filed the present motion for a progress update.

In the docket of this case [ECF No. 49], there is a letter from the U.S. Medical Center for Federal Prisons regarding the arrival of Defendant. The letter states that Defendant was received at the Medical Center on June 29, 2026, that he would remain at the facility for up to 120 days, and that his evaluation will conclude on October 27, 2026. The Medical Center will then send a report to the court within approximately two weeks of the conclusion of the evaluation period.

Given the timing of Defendant's placement at the Medical Center, and the Medical Center's letter regarding the timeline for Defendant's evaluation, the court does not believe that any further progress update is necessary. Accordingly, Defendant's Motion for Bureau of Prisons Progress Update on Competency Restoration [ECF No. 50] is DENIED.

Dated this 30th day of September 2026.

BY THE COURT:

DALE A. KIMBALL
United States District Judge